IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01061-MSK-PAC

PATRICIA DALTON,

       Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a mutually held insurer
owned by its members, doing business in the State of Colorado with national headquarters in
Bloomington, Illonos, and
STATE FARM FIRE AND CASUALTY COMPANY, a wholly owned subsidiary of State Farm
Mutual Insurance Company, also known jointly and severally as State Farm
Companies,

       Defendants.

---

## ORDER DISCHARGING ORDER TO SHOW CAUSE

---

     THIS MATTER comes before the Court on Plaintiff's First Amended Complaint and Jury

Demand filed in response to the Court's Order to Show Cause. Having reviewed the same,

     **IT IS HEREBY ORDERED** that this Court's Order to Show Cause (**#2**) is deemed satisfied

and the Order is **DISCHARGED.**

     Dated this 11th day of October, 2005.

                    **BY THE COURT:**

                     *Marcia S. Krieger*

                     Marcia S. Krieger
                     United States District Judge